IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NGUYEN DAOTIEN,

    Petitioner,                    No. CIV S-03-1252 DFL CMK P

    vs.

BILL LOCKYER,

    Respondent.

_____/    <u>ORDER</u>

On September 7, 2006, this court filed findings and recommendations recommending that petitioner's habeas application be denied. The findings and recommendations advised both parties that they had ten days in which to file objections. On October 12, 2006, petitioner filed a request for an extension of time to file objections to the findings and recommendations. Petitioner lists no reason for his delay in filing a request for an extension of time to file objections; the court also notes that petitioner is not incarcerated, so delay cannot be attributed to delays in the prison mail system.

///

///

///

1  Accordingly, IT IS ORDERED THAT petitioner's request for an extension of
2  time is denied.
3  DATED: October 18, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE