IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NGUYEN DAOTIEN,

    Petitioner,                        No. CIV S-03-1252 DFL CMK P

    vs.

SISKIYOU COUNTY PROBATION,

    Respondent.,

_____/       <u>ORDER</u>

        Good cause appearing, the court vacates the findings and recommendations filed on September 7, 2006. The court will file new findings and recommendations in a separately filed document. In light of the order to vacate the September 7, 2006 findings and recommendations, petitioner's December 18, 2006 request to set aside the findings and recommendations and his January 22, 2007 request for an extension of time will be denied as moot.

///
///
///
///
///

IT IS ORDERED THAT:

1. The findings and recommendations filed on September 7, 2006 (doc. 30) are vacated.

2. Petitioner's December 18, 2006 request to set aside the findings and recommendations (doc. 33) and his January 22, 2007 request for an extension of time are denied without prejudice as moot.

DATED: January 25, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2