IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NGUYEN DAOTIEN,

    Petitioner,        No. CIV S-03-1252 DFL CMK P

    vs.

SISKIYOU COUNTY PROBATION,

    Respondent.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve objections to the January 30, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's February 8, 2007 request for an extension of time is granted; and

    2. Petitioner is granted **thirty days** from the date of this order in which to file and serve objections to the January 30, 2007 findings and recommendations.

DATED: February 15, 2007.

                                                **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE