IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NGUYEN DAOTIEN,

    Petitioner,                                           No. CIV S-03-1252 DFL CMK P

    vs.

BILL LOCKYER,

    Respondent.

_____/         <u>ORDER</u>

        On January 30, 2007, the court filed amended findings and recommendations recommending that petitioner's application for a writ of habeas corpus be denied. Petitioner sought and was granted an extension of time to file objections until March 16, 2007. On March 20, 2007, petitioner filed another request for an extension of time to file objections. Petitioner states that he needs additional time because he is in negotiations with an attorney to represent him in this matter. The court notes that since September (since the filing of the court's original findings and recommendations) petitioner has been representing to the court that he is seeking attorney representation. Petitioner has had approximately six months to find representation.

///

///

///

1  Additionally, petitioner's habeas application was filed in 2003; thus giving him
2  over three years to find suitable counsel.
3  Accordingly, IT IS ORDERED THAT petitioner's March 20, 2007 request for an
4  extension of time is denied.

6  DATED: March 21, 2007.

8  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE