1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NGUYEN DAOTIEN,

11          Petitioner,                    No. CIV S-03-1252 DFL CMK P

12      vs.

13   BILL LOCKYER,

14          Respondent.

15   _____/          ORDER

16          On April 3, 2007, petitioner filed his third request for an extension of time to file

17   objections to the court's January 30, 2007 amended findings and recommendations

18   recommending that petitioner's application for habeas relief be denied.  The court granted

19   petitioner's first request for an extension, and denied his second request.

20          In his third request, petitioner asserts that he needs additional time because the

21   attorney that petitioner had found to take his case suddenly withdrew, and petitioner wants

22   additional time to find another attorney.  The court notes that petitioner has had over three years,

23   since he brought this habeas action, to secure counsel.

24   ///

25   ///

26   ///

1        Accordingly, IT IS ORDERED THAT petitioner's request for an extension of

2   time (doc. 41) is denied.

3

4   DATED:   April 10, 2007.

5

6                                          CRAIG M. KELLISON

7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26